Robert A. Anderson, ISB No. 2124
Yvonne A. Dunbar, ISB No. 7200
ANDERSON, JULIAN & HULL LLP
C. W. Moore Plaza
250 South Fifth Street, Suite 700
Post Office Box 7426
Boise, Idaho 83707-7426
Telephone:     (208) 344-5800
Facsimile:     (208) 344-5510
E-Mail:   raanderson@ajhlaw.com
          ydunbar@ajhlaw.com

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **ROBERT MOGADAM**, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>**LIBERTY MUTUAL FIRE INSURANCE CO.**, a foreign insurance company (aka: **LIBERTY MUTUAL INSURANCE CORPORATION**, aka **LIBERTY MUTUAL**) and **JOHN DOE ENTITIES 1-X**,<br><br>Defendants. | Case No.<br><br>Kootenai County Case No: CV-14-3132<br><br>**NOTICE OF REMOVAL**<br><br>**Filing Fee: $400.00** |

### REMOVAL FROM STATE DISTRICT COURT TO U.S. DISTRICT COURT

TO:    PLAINTIFF AND HIS ATTORNEYS OF RECORD, and
       THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1441 and 1446, the Defendant hereby removes the above-entitled cause of action from the District Court of the First Judicial

NOTICE OF REMOVAL - 1

District of the State of Idaho, in and for the County of Bonner, to the United States District Court for the District of Idaho, based on the following grounds:

FIRST: That Defendant Liberty Mutual Fire Insurance Co. aka Liberty Mutual Insurance Corporation aka Liberty Mutual ("Liberty Mutual") is the Defendant in Civil Case No. CV-14-3132 brought against it in the District Court of the First Judicial District of the State of Idaho, in and for the County of Kootenai, entitled ***Robert Mogadam vs. Liberty Mutual Fire Insurance Co. aka Liberty Mutual Insurance Corporation aka Liberty Mutual***. A copy of the Summons and Complaint in that action is attached hereto and constitutes all process, pleadings and orders served upon Defendant in such action.

SECOND: That the aforesaid action was commenced by service of process consisting of a Summons and Complaint upon the Defendant on the 8th day of May, 2014 through service upon the Director of Insurance of the State of Idaho per I.C. § 41-334.

THIRD: That the Plaintiff in the above-entitled action is a citizen of the State of Idaho. *See Complaint* ¶ I. At the time of the filing and service of said Summons and Complaint, Defendant was and is a foreign corporation with its principle place of business in Massachusetts. *Complaint* Caption; *Aff. of Counsel in Support of Removal*, Ex. A. Thus, the controversy herein between the Plaintiffs and the Defendant is a controversy between citizens of different states.

FOURTH: That the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs. Specifically, as set forth in the Plaintiff's June 21, 2012 Proof of Loss, the Plaintiff has made an insurance claim in the amount of approximately $324,337.70 as to a claimed theft of personal property, *see Aff. of Counsel in Support of Removal*, Ex. B, and further

NOTICE OF REMOVAL - 2

makes demand for unspecified amounts for additional damages, interest, and attorney's fees. *Complaint* ¶ XXIV and pp. 7-8.

FIFTH: That this is a civil action brought in a State Court of which the United States District Court has original jurisdiction because of diversity of citizenship; the Defendant is not a citizen of the State of Idaho, wherein the action was brought; and the amount in controversy exceeds $75,000, giving rise to jurisdiction in the federal district court pursuant to 28 U.S.C. § 1332.

WHEREFORE, Defendant prays that this cause proceed in the United States District Court for the District of Idaho as an action properly removed thereto.

DATED this 5th day of June, 2014.

ANDERSON, JULIAN & HULL LLP

By _____
Robert A. Anderson, Of the Firm
Attorneys for Defendant

NOTICE OF REMOVAL - 3

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on this 5th day of June, 2014, I filed the foregoing NOTICE OF REMOVAL electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Randall C. Probasco<br>Brown, Justh & Romero, PLLC<br>P. O. Box 1148<br>627 Government Way<br>Coeur d'Alene, Idaho 83816<br>Phone: (208) 664-2191<br>Email: randall@cdaattorneys.com<br>*Attorneys for Plaintiff* | ☐ U.S. Mail, postage prepaid<br>☐ Hand-Delivered<br>☐ Overnight Mail<br>☐ Facsimile 208-664-2193<br>☐ E-Mail<br>☒ CM/ECF |

_____
Robert A. Anderson

NOTICE OF REMOVAL - 4