IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **ROBERT MOGADAM**, an individual,<br>　　　　　　Plaintiff,<br>vs.<br>**LIBERTY MUTUAL FIRE INSURANCE CO.,** a foreign insurance company (aka: **LIBERTY MUTUAL INSURANCE CORPORATION,** aka **LIBERTY MUTUAL**) and **JOHN DOE ENTITIES 1-X**,<br>　　　　　　Defendants. | Case No. 2:14-cv-00224-CWD<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

The parties' *Stipulation to Dismiss with Prejudice* (Dkt. 43) having duly and regularly come before this Court, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Stipulation (Dkt. 43) is **APPROVED AND ADOPTED** by the Court and the above-entitled matter is **DISMISSED WITH PREJUDICE** and with each party to bear its own attorney fees and costs.

DATED: December 23, 2015

_____
Edward J. Lodge
United States District Judge